USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-25-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA RAMOS,

              Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.

              Defendants.

---

19cv2923 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The oral argument in this matter is rescheduled for **March 20, 2020** at **11:00 AM**.

SO ORDERED.

Dated:    New York, New York
          February 25, 2020

                                                        **John G. Koeltl**
                                         **United States District Judge**