**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CYNTHIA RAMOS, as Parent and Natural
Guardian of W.R., and CYNTHIA RAMOS,
Individually,

                Plaintiff,                19 **CIVIL** 2923 (JGK

        -against-               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2020, The Court has considered all of the arguments by the parties; to the extent not specifically addressed, remaining arguments are either moot or without merit; for the foregoing reasons, the defendant's motion for summary judgment is granted and plaintiffs' motion for summary judgment is denied; judgment is entered for the defendant; accordingly, the case is closed.

**Dated:** New York, New York
         March 23, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                **BY:**     _____
                                                **Deputy Clerk**